**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 26, 2014.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-14-00650-CV

---

## IN THE MATTER OF H.A.S., Appellant

---

**On Appeal from the County Court at Law No. 3 & Probate Court**
**Brazoria County, Texas**
**Trial Court Cause No. JV19571**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed June 17, 2014. On August 19, 2014, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices McCally, Brown, and Wise.